UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MAYWEATHERS<br><br>Defendant. | No. 1:20-cr-00087-DAD<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE<br><br>(Doc. No. 3) |

Defendant has filed a noticed motion on his own behalf seeking an early termination of his term of supervised release. (Doc. No. 3.) A statement of non-opposition has been filed by the government. (Doc. No. 5.) Although not addressed in the motion, the court has confirmed that the U.S. Probation Office also has no objection to early termination of supervised release in this case. Accordingly, and good cause appearing, defendant Mayweathers' motion for early termination of his term of supervised release (Doc. No. 3) is granted and that term of supervised release is hereby terminated immediately.

IT IS SO ORDERED.

Dated: **November 19, 2020**

_____
UNITED STATES DISTRICT JUDGE

1